UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

**FILED**

MAR 1 6 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

        Plaintiff

  v.

JAMES BOHL, T. KENT COCHRAN,
CHRISTIAN RICE, MICHAEL MUELLER,
and DOCTORS HOSPITAL HEALTH PLAN,

        Defendants.

Case No. 07-3067

### CONSENT ORDER AND JUDGMENT

Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor, pursuant to the provisions of the Employee Retirement Income Security Act of 1974("ERISA"), as amended, 29 U.S.C. §1001, et seq., filed a complaint against defendants James Bohl, T. Kent Cochran, Christian Rice and Michael Mueller (the "Defendants") alleging breaches of their fiduciary responsibilities under ERISA with respect to the Doctors Hospital Health Plan ("Plan").

Defendants James Bohl, T. Kent Cochran, Christian Rice and Michael Mueller have waived service of process of the complaint and have admitted to the jurisdiction of this Court over them and the subject matter of this action.

The Plaintiff and Defendants have agreed to resolve all matters in controversy in this action between them (except for the imposition by Plaintiff of any penalty pursuant to ERISA

§502(l), 29 U.S.C. §1132(l), and any proceedings related thereto), and said parties do now consent to entry of a Judgment and Order by this Court in accordance therewith.

Upon consideration of the record herein, and as agreed to by the parties, the Court finds as follows:

1. The Court has jurisdiction to enter this Consent Order and Judgment.

2. Plaintiff has verified with Sheldon Weinhaus, Esq., the Plan's independent fiduciary, that each of the Defendants have paid the Plan the sum of $13,351.81, by good and collectible checks payable to the order of Sheldon Weinhaus, Esq. on behalf of the Plan.

3. Plaintiff and the Defendants have agreed to fully and completely resolve all matters in controversy between them with respect to the Employee Benefits and Security Administration's investigation of the Defendants' involvement with the Doctors Hospital Health Plan, with the exception of any imposition by the Plaintiff of any penalty pursuant to ERISA §502(l), 29 U.S.C. §1132(l), and any proceedings related thereto.

4. The Plaintiff and the Defendants have further agreed that, if the Secretary of Labor assesses a penalty pursuant to ERISA §502(l) in connection with the violations alleged in this case, the "applicable recovery amount" shall include all amounts paid in accordance with this Consent Order and Judgment.

IT IS THEREFORE ORDERED that:

1. Defendants James Bohl, T. Kent Cochran, Christian Rice and Michael Mueller are permanently enjoined and restrained from violating the provisions of Title I of ERISA, 29 U.S.C. §1001 et seq.

2. Each party agrees to bear his or her own attorneys' fees, costs and other expenses incurred by such party in connection with any stage of this proceeding to date including, but not

limited to, attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

3. The Court shall maintain jurisdiction over this matter only for purposes of enforcing this Consent Judgment and Order.

4. Nothing in this Order is binding on any government agency other than the United States Department of Labor.

DATED  March 16, 2007

s/ Jeanne E. Scott
UNITED STATES DISTRICT JUDGE

The parties hereby consent to the entry of this consent order and judgment:

FOR THE SECRETARY OF LABOR

JONATHON L. SNARE
Acting Solicitor of Labor

Regional Solicitor
JOAN E. GESTRIN

s/ Christine Z. Heri                    DATED: 3-15-07
CHRISTINE Z. HERI
Senior Trial Attorney

**P.O. ADDRESS:**
Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street, 8TH Floor
Chicago, Illinois 60604
312-353-7836

FOR THE DEFENDANTS:

s/ James Bohl                          Dated: 3/2/2007
James Bohl

s/ Jeffrey B. Rock                     Dated: 3/5/07
Jeffrey B. Rock
Hasselberg, Rock, Bell & Kuppler
4600 Brandywine Drive
Suite 200
Peoria, Illinois 61614
Attorney for James Bohl


_____         Dated:_____
T. Kent Cochran


_____         Dated:_____
Christian Rice


_____         Dated:_____
Thomas H. Dundon
Neal & Harwell, PLC
150 Fourth Avenue, North
Suite 2000
Nashville, Tennessee 37219
Attorney for T. Kent Cochran and Christian Rice


_____         Dated:_____
Michael Mueller

FOR THE DEFENDANTS:

_____                Dated: _____
James Bohl


_____                Dated: _____
Jeffrey B. Rock
Hasselberg, Rock, Bell & Kuppler
4600 Brandywine Drive
Suite 200
Peoria, Illinois 61614
Attorney for James Bohl


s/ T. Kent Cochran                            Dated: 2-20-2007
_____
T. Kent Cochran


s/ Christian Rice                             Dated: 3-6-2007
_____
Christian Rice


s/ Thomas H. Dundon                           Dated: 3-6-2007
_____
Thomas H. Dundon
Neal & Harwell, PLC
150 Fourth Avenue, North
Suite 2000
Nashville, Tennessee 37219
Attorney for T. Kent Cochran and Christian Rice


_____                Dated: _____
Michael Mueller

FOR THE DEFENDANTS:

_____      Dated: _____
James Bohl


_____      Dated: _____
Jeffrey B. Rock
Hasselberg, Rock, Bell & Kuppler
4600 Brandywine Drive
Suite 200
Peoria, Illinois 61614
Attorney for James Bohl



_____      Dated: _____
T. Kent Cochran


_____      Dated: _____
Christian Rice


_____      Dated: _____
Thomas H. Dundon
Neal & Harwell, PLC
150 Fourth Avenue, North
Suite 2000
Nashville, Tennessee 37219
Attorney for T. Kent Cochran and Christian Rice

s/ Michael Mueller                      Dated: 2/28/2007
_____
Michael Mueller

4

s/ L. Lee Smith                                    Dated: March 6, 2007
_____
L. Lee Smith
Ambrose V. McCall
Hinshaw & Culbertson LLP
456 Fulton Street
Suite 298
Peoria, IL 61602
Attorneys for Michael Mueller

5